IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DONALD LEE BENNETT,

    **Plaintiff,**

    v.                                       CASE NO. 24-3128-JWL

STATE OF KANSAS, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff and Kansas pretrial detainee Donald Lee Bennett filed this pro se civil rights action under 42 U.S.C. § 1983. (Doc. 1.) After reviewing the complaint, the Court issued a memorandum and order (M&O) explaining that this matter is subject to dismissal in its entirety because it does not state a plausible claim for relief against a proper defendant. (Doc. 6, p. 4-9.) The M&O identified and explained the deficiencies in the complaint and granted Plaintiff time in which to file a complete and proper amended complaint that cures those deficiencies. *Id.* at 9-10. It cautioned Plaintiff that if he "fails to file an amended complaint on or before October 15, 2024, the Court will proceed on the current complaint, which may be dismissed for the reasons stated herein without further prior notice to Plaintiff." *Id.* at 10. Over 2 weeks have passed since the deadline for filing the amended complaint, and Plaintiff has neither filed an amended complaint nor requested more time in which to do so.

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order." *Young v. U.S.*, 316 F. Appx. 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)). "This rule has been interpreted as

1

permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id*. (citations omitted). "In addition, it is well established in this circuit that a district court is not obligated to follow any particular procedures when dismissing an action without prejudice under Rule 41(b)." *Young*, 316 F. Appx. at 771–72 (citations omitted).

Because the time in which Plaintiff was required to file an amended complaint has passed without Plaintiff doing so, the Court concludes that this action should be dismissed without prejudice under Rule 41(b).

**IT IS THEREFORE ORDERED BY THE COURT** that this action is **dismissed without prejudice** for failure to comply with a court order.

**IT IS SO ORDERED**.

**Dated October 30, 2024, in Kansas City, Kansas.**

<u>S/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**